26-mj-3188-JDH

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A CRIMINAL COMPLAINT**

I, Wade McGilvray, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent of the Federal Bureau of Investigation ("FBI"). I have been a Special Agent for the FBI since October 2024. I am assigned to FBI Boston's Violent Crimes Task Force ("VCTF"). The VCTF investigates violent crimes with a federal nexus, including bank robberies, kidnappings, extortions, firearms violations, Hobbs Act commercial robberies, and fugitives charged with UFAP. The VCTF conducts proactive intelligence driven operations to identify and investigate the most dangerous, violent offenders in the Greater Boston area.

2. I submit this affidavit in support of a criminal complaint charging Steven Harris ("HARRIS"), year of birth 1991, with attempted armed bank robbery and armed bank robbery, in violation of 18 U.S.C. § 2113. HARRIS is currently in custody following a probable cause arrest by the FBI on May 3, 2026, in connection with these offenses.

3. The information contained in this affidavit is based upon my involvement with this investigation, information supplied to me by other law enforcement officers, review of law enforcement reports, surveillance video footage, cell phone call records, cell phone location data, public records, and records supplied in response to grand jury subpoenas. This affidavit is being submitted for the limited purpose of establishing probable cause to secure a criminal complaint and arrest warrant. As such, I have not included each and every fact of this investigation, but instead have set forth only the most relevant facts that establish the requisite probable cause.

1

## STATEMENT OF PROBABLE CAUSE

### Santander Bank Robbery

4.      On April 28, 2026 at approximately 10:10 a.m., two individuals entered the Santander Bank located at 2189 Washington Street in Roxbury, Massachusetts. Subject-1 was wearing a light-blue Nike hooded sweatshirt, black pants, black and white Nike shoes, blue gloves, and a black surgical mask. Subject-2, who was described by witnesses as slightly larger than Subject-1, wore a dark-colored hooded sweatshirt with the word "Champion" written across the front of the sweatshirt in white, black shoes, a black skull cap, black gloves, and a black mask.

5.      Upon entering the bank, Subject-1 brandished a black-and-tan-colored firearm, which he pointed at bank staff, demanding money.  In response, several employees retreated to a back room in the bank.  Subject-1 then dragged the branch manager from her office to a bank teller station, threatening to shoot her.   Images captured from Santander Bank's surveillance footage are included below.



6.      While Subject-1 detained the bank manager at the teller station, additional customers entered the Santander Bank, and the two subjects abandoned their attempted robbery.

They exited the bank at approximately 10:12 a.m. without taking any money.  Subject-1 and Subject-2 then fled on foot to a parking lot directly across Washington Street.  There, they entered a light-blue Toyota Rav4 bearing Massachusetts registration 4MXN78 (the "Rav4") and departed the area.

### TD Bank Robbery

7.      About an hour and a half after the attempted Santander Bank robbery, at approximately 11:47 a.m., the subjects entered a TD Bank located at 930 American Legion Highway in Rosindale, Massachusetts. Surveillance footage from the TD Bank reflects that Subject- 2 wore an identical outfit to the earlier attempted robbery, except that he had switched to brown gloves.  Subject-1 had changed into a black sweatshirt but appeared to be wearing the same pants, shoes, and blue glove that he had worn earlier at Santander Bank.  Subject-1 was again brandishing a black-and-tan-colored firearm, with his index finger inside the trigger guard, on the trigger of the firearm:



8.      After entering the bank, Subject-2 forcibly moved multiple employees from their offices to the main area of the bank.  According to witnesses, Subject-2 threatened to kill one of the employees.  Witnesses further reported that Subject-1—while brandishing the firearm—threatened to shoot the bank employees if they did not comply with the subjects' directives and

continued to ask for more money.  While Subject-2 watched the bank employees and customers, Subject-1 removed money from the front teller's drawer.  A post-robbery audit is ongoing, but the initial loss estimate is approximately $3,000.

9.      The subjects exited the bank soon after taking the money and were observed by witnesses and on surveillance footage leaving the area in the Rav4, pictured below outside the TD Bank:



### Identification of Steven Harris as Subject-2

10.      Immediately following the attempted robbery at Santander Bank and the successful robbery at TD Bank, the Boston Police Department ("BPD") and FBI VCTF processed the crime scenes and took witness statements.  Law enforcement also canvassed the area of both banks in search of surveillance videos from municipal cameras and nearby commercial businesses to determine the path of the subjects before and after the robberies, as well as their mode of transportation.

11.      Through these efforts, investigators were able to trace the subjects' steps immediately before the initial attempted robbery at Santander Bank.  A commercial building's security camera revealed that, at approximately 9:30 a.m. on April 28, an individual wearing the same light-blue Nike hooded sweatshirt that Subject-1 wore at Santander Bank exited the rear passenger-side of a dark blue Honda CRV, in front of the YMCA located at 285 Martin Luther

4

King Jr. Boulevard in Roxbury. The YMCA is about a six-minute drive from the Santander Bank on Washington Street. A few minutes after Subject-1 arrived, the light-blue Toyota Rav4 bearing Massachusetts registration 4MXN78 pulled to the front of the YMCA. Subject-1 then entered the front passenger-side of the Rav4. The driver of the Rav4 was wearing a black sweatshirt with the same white "Champion" logo that Subject-2 wore during the robberies. At approximately 9:35 a.m., the Rav4 then departed the front of the YMCA and took a left on Warren Street, which intersects Washington Street (where the Santander Bank is located).

12.     Later in the day on April 28, 2026, members of the VCTF interviewed the registered owner of the Rav4. The owner stated that he had parked the vehicle at 972 North Main Street, Brockton, Massachusetts and posted it for sale. He claimed that an associate had access to a key for the car and that she had sold it to another individual, Witness-1. The owner of the Rav4 said that he had attempted to report the car stolen at the Brockton Police Department at approximately 9:30 a.m. that morning, but the Brockton Police Department's computer system was not working at the time. The Brockton Police Department's intake report reflects that the car was reported stolen at 3:30 p.m. on April 28 (approximately three-and-a-half hours after the TD Bank robbery).

13.     Law enforcement next interviewed Witness-1,[1] who had reportedly purchased the Rav4. Witness-1 stated that the car had been lent to her by the vehicle owner's associate, with the intent that she would later take title.[2] Witness-1 stated that, while she possessed the Rav4, she had loaned it to a light-skinned or Hispanic male that she had met at programming offered by the Quincy Probation Office. Witness-1 reported that she had given possession of the

---

[1] Witness-1's identity is known to law enforcement.

[2] Investigators have reviewed Witness-1's text messages. In one conversation about the deal she had struck with the vehicle owner's associate, Witness-1 states, "I told her $75 a day until she provides proper paperwork."

5

Rav4 to the male at the Super Petroleum gas station located at 895 Sea Street, Quincy, Massachusetts within the past week.

14.    During the interview, Witness-1 provided consent for investigators to search the phone that she had used to communicate with the individual to whom she had lent the Rav4.  Law enforcement then identified text messages with the phone number xxx-xxx-8777 discussing that unknown individual's use of the Rav-4.  The Quincy Probation Office's records reflect that this number is listed in the contact information for Steven Harris of Falmouth, Massachusetts.The Quincy Probation Office's records further reflect that HARRIS's secondary contact number is 774-█████ (the second TARGET PHONE NUMBER).  HARRIS's Cash App records reflect that he unsuccessfully attempted to open a Cash App account on April 22, 2026—six days before the robbery, around the time Witness-1 claimed she lent him the Rav4—listing both the TARGET PHONE NUMBERS in his contact information.[3]  Witness-1's Cash App records indicate that she received four payments from a known associate of HARRIS between April 24 and April 27, 2026, with the subject lines, "car," " 🚙," and " ⛽ ."[4]

15.    Witness-1 was subsequently shown a photograph of HARRIS, and she confirmed that he was the individual to whom she had lent the Rav4.

16.    Law enforcement also reviewed a publicly available Facebook profile for HARRIS and identified the below image of him (left) wearing what appears to be the same "Champion" hooded sweatshirt worn by Subject-2 during the robberies (right).

---

[3] Cash App is a digital payment service that allows users to transfer money to one another instantly using a linked debit card or bank account.
[4] Falmouth Police Department detectives who are familiar with HARRIS from prior law enforcement interactions identified the Cash App sender as HARRIS's direct associate.



17.    Members of the VCTF additionally obtained security camera footage from the Super Petroleum gas station where Witness-1 reportedly provided the Rav-4 to HARRIS sometime during the week leading up to the robbery.  Images taken from those surveillance videos—dated April 23, 2026—are included on the following page.  In the image on the left, Witness-1 is pictured in red, standing closer to the Rav 4, while the individual she identified as HARRIS is in the foreground walking toward the camera.  In the image on the right, HARRIS is seen standing at the counter inside the Super Petroleum wearing the same Champion hoodie and black skull cap that Subject-2 wore during both the attempted armed robbery of Santander Bank and successful robbery of TD Bank on April 28, 2026.



18.     I obtained federal search warrants from this Court on May 1, 2026 for information associated with two mobile phone lines linked to HARRIS (the "Subject Phones").  *See* 26-mj-3176-JDH, 26-mj-3177-JDH (the "Search Warrants"). Verizon provided records on May 2, 2026. The records are also consistent with one of the Subject Phones (xxx-xxx-8777) traveling to the area of the Santander Bank and remaining in the area of the bank during the attempted bank robbery.  The phone records reflect that, following the Santander Bank attempted robbery, the phone traveled to Quincy before returning to Boston.  It was then in the area of the TD Bank at the time of the robbery.  The phone records are consistent with the phone then returning to the area of ███████████████ Weymouth, Massachusetts, following the TD Bank robbery.  ███████████ is a sober home where, according to the Quincy Probation Office's records, HARRIS is a resident.

19.     FBI arrested HARRIS on May 3, 2026 outside of ████████████. On his person, FBI located two cell phones (including the phone that was in the area of both robberies on April 28), a black skull cap (similar to the one worn by Subject-2 during the robberies), and a black string backpack.

## CONCLUSION

20.     Based on the foregoing, I submit that there is probable cause to believe that on April 28, 2026, Steven Harris by force and violence, and by intimidation, attempted to take, or took, from the person and presence of another, money in the care, custody, control, management and possession of Santander Bank and TD Bank, banks insured by the Federal Deposit Insurance Corporation, and in committing such offenses, did assault and put into jeopardy the life of another by the use of a dangerous weapon, that is a handgun, all in violation of 18 U.S.C. §§ 2113(a) and (d), and 18 U.S.C. § 2.

Respectfully submitted,

*Wade McGilvray (JDH)*

Wade McGilvray
Special Agent
Federal Bureau of Investigation

Sworn to me via telephone in accordance with Fed. R. Crim. P. 4.1 on May  3  , 2026

HONORABLE JESSICA D. HEDGES
UNITED STATES MAGISTRATE JUDGE